1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Ronald Strauss

7

8
                   **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | RONALD STRAUSS,                          ) Case No.: EDCV 12-2033 RNB
                                              )
12 |         Plaintiff,                       ) [PROPOSED] ORDER AWARDING
                                              ) EQUAL ACCESS TO JUSTICE ACT
13 |    vs.                                   ) ATTORNEY FEES AND EXPENSES
                                              ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting                ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,         ) U.S.C. § 1920
15                                            )
             Defendant                        )
16                                            )
                                              )
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,400.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23 DATE:    October 31, 2013

24                                  _____
                                    THE HONORABLE ROBERT N. BLOCK
25                                  UNITED STATES MAGISTRATE JUDGE

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Young Cho*
  | _____
4 | Young Cho
  | Attorney for plaintiff Ronald Strauss

-2-